*If this opinion indicates that it is "FOR PUBLICATION," it is subject to revision until final publication in the Michigan Appeals Reports.*

# STATE OF MICHIGAN

# COURT OF APPEALS

In re M. R. SIMONETTA, Minor.

FOR PUBLICATION
February 24, 2022

No. 357909
St. Clair Circuit Court
Family Division
LC No. 19-000333-NA

Before: GLEICHER, C.J., and BORRELLO and RONAYNE KRAUSE, JJ.

RONAYNE KRAUSE, J. *(concurring).*

I concur entirely with the majority's reasoning and conclusion that a fetus is not a "child" under the Child Protection Law, MCL 722.621 *et seq.*, or under the Probate Code, MCL 710.21 *et seq.* Therefore, as the majority concludes, it is definitionally impossible to commit abuse of a fetus under MCL 722.638(1), and it is, in turn, definitionally impossible to subject a fetus to "aggravated circumstances" under MCL 712A.19a(2). Because that conclusion is dispositive, I concur with the result reached by the majority for that reason alone, and I would not consider or express any opinion whether the evidence would otherwise support a finding of "severe physical abuse."

/s/ Amy Ronayne Krause

-1-